UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )  Magistrate Docket No.
           Plaintiff,     )
                          )  '08 MJ 2099
           v.             )
                          )  COMPLAINT FOR VIOLATION OF:
Juan LEON-Cordova,        )
                          )  Title 8, U.S.C., Section 1326
                          )  Deported Alien Found in the
                          )  United States
           Defendant      )
_____)

FILED
08 JUL 10 PM 2:13

The undersigned complainant, being duly sworn, states:

On or about **July 09, 2008** within the Southern District of California, defendant, **Juan LEON-Cordova,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **July, 2008**

_____
William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Juan LEON-Cordova

## PROBABLE CAUSE STATEMENT

On July 9, 2008 Border Patrol Agent J. Harris was performing line watch duties, in Campo, California. Agent Harris was working in an area located 18 miles east of the Tecate, California Port of Entry and approximately half mile north of the U.S./Mexico International Boundary. Agent Harris responded to an activation of a seismic intrusion device. Upon arriving in the area, Agent Harris found fresh footprints. Agent Harris followed the footprints until he found 13 individuals attempting to hide in the surrounding brush.

Agent Harris identified himself as a United States Border Patrol Agent and questioned them regarding their citizenship. All thirteen individuals including one later identified as the defendant **Juan LEON-Cordova,** admitted to being citizens of Mexico without any immigration or travel documents that would allow them to be in, or remain in the United States legally. At approximately 4:45 a.m., all thirteen individuals were arrested and transported to the Pine Valley Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 10, 2007** through **San Ysidro, CA.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights, which he stated that he understood them and was willing to answer questions without having an attorney present. The defendant admitted to being a citizen and national of Mexico not in possession of any immigration documents that would allow him to be or remain in the United States legally.

_____
James Trombley
Senior Patrol Agent

_____
William McCurine Jr.
U.S. Magistrate Judge

_____
7/10/08
Date/Time