1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5

6  Attorneys for Defendant Mr. Leon-Cordova

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 08mj2099
                                    )
12         Plaintiff,                )
                                    )
13 v.                               )
                                    )   **NOTICE OF APPEARANCE**
14 **JUAN LEON-CORDOVA**,            )
                                    )
15         Defendant.                )
                                    )

16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Elizabeth M. Barros, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the

19 above-captioned case.

20                                      Respectfully submitted,

21 Dated: July 18, 2008                  *s/ Elizabeth M. Barros*
                                        Federal Defenders of San Diego, Inc.
22                                      Attorneys for Defendant
                                        elizabeth_barros@fd.org

1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 elizabeth_barros@fd.org

5 Attorneys for Mr. Leon-Cordova

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08mj2099 |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| JUAN LEON-CORDOVA, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**ASSISTANT UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov,

Dated: July 18, 2008
                                                                  *s/ Elizabeth M. Barros*
                                                            **ELIZABETH M. BARROS**
                                                            Federal Defenders of San Diego, Inc.
                                                            225 Broadway, Suite 900
                                                            San Diego, CA 92101-5030
                                                            (619) 234-8467 (tel)
                                                            (619) 687-2666 (fax)
                                                            e-mail: elizabeth_barros@fd.org